# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | G13-21297-JRS | Trustee Name: | (300570) Betty A. Nappier |
|---|---|---|---|
| Case Name: | Nature's Purest Spring Water, Inc., | Date Filed (f) or Converted (c): | 05/08/2015 (c) |
| | | § 341(a) Meeting Date: | 06/08/2015 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # — Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 — 12.0 Acres, Fannin County, Blue Ridge consists o<br><br>2/3/2017 - payment received pursuant to Order on Motion to Compromise and Settle Claims and Application to Sell Real Property entered on 1/18/2017, for "Office Tract" disputed property & lien, docket number 237.<br><br>Original Schedule A reflects estimated value and that appraisal needed; property titled in non-Debtor or non-related Debtor's name, being Waterlily Enterprises, Inc.'s. Property was extensively marketed pre-conversion by employed marketing entity to no avail. Nestle was interested; however, the price needed to fund the undisputed valid debt amounts secured by the property prevented it from being sold due to the extended depressed saturated real property market that did not recover during the Chapter 11 or Chapter 7 in time to avoid a potential total loss of the property due to ongoing accrual of real property taxes and interest increase for the recorded valid lien due to lack of any payments for several years. | 5,000,000.00 | 15,000.00 | | 15,000.00 | FA |
| 2* — 12.08 acres (15.99 acres less 3.91 acres) Fannin, scheduled as being wrongfully titled in Renita Friesen a/k/a Renita Turner's name at filing<br>The real estate is scheduled as an asset in Nature's 13-21297 titled in name of Renita Friesen a/k/a Renita S. Turner at filing; however, recovered pre-conversion, Title is actually in the name of Trilogy (funds from sale/settlement of lien dispute is in estate of Trilogy 13-21299 - asset #4). (See Footnote) | 645,000.00 | 15,000.00 | | 0.00 | FA |
| 3* — Cash on Hand (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4* — BB&T - checking account - **********0165 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5* — Cadence Bank - account ending ******546 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6* — Alpine Springs, Inc. - $3,033.60 Athenstown Beve (See Footnote) | 72,574.46 | 0.00 | | 0.00 | FA |
| 7 — Debtor has claims against former President and s<br><br>nominal documentary evidence to support action, oral evidence contradicts executed documents, alleged perpetrator is judgment proof (nominal valid assets and her debts exceed the value of her valid assets, alleged perpetrator also has other non-debtor wrongful conversion actions against her). | Unknown | 0.00 | | 0.00 | FA |
| 8 — Debtor may have rights to trademarks wrongfully<br><br>subject to lien of BB&T/LSCG, nominal value due to saturated market for similar products.<br><br>lien asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3] | Unknown | 0.00 | | 0.00 | FA |
| 9* — 2005 Dodge Ram (See Footnote) | 15,000.00 | 0.00 | OA | 0.00 | FA |

Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** G13-21297-JRS  
**Case Name:** Nature's Purest Spring Water, Inc.,  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300570) Betty A. Nappier  
**Date Filed (f) or Converted (c):** 05/08/2015 (c)  
**§ 341(a) Meeting Date:** 06/08/2015  
**Claims Bar Date:** 10/22/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # — Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10* — 3 water transport tankers at $36,000 each 1979 t (See Footnote) | 108,000.00 | 36,000.00 | | 36,000.00 | FA |
| 11* — 2000 Peterbuilt tractor trailer (See Footnote) | 104,000.00 | 4,000.00 | | 4,000.00 | FA |
| 12* — 2008 Econoline<br>asserted lien of BB&T/LSCG, sold pre-petition by one (1) of Debtor's officers and daughter of Vice President, Troy Patterson and sister of current President and CEO, Brian Patterson, Renita Friesen f/k/a Turner, prior to being removed/ousted as Debtor's President by resolution of special called board of director meeting held on on May 6, 2013 (with Ms. Friesen/Turner retaining her 33.3% shareholder stake with no corporate position). (See Footnote) | 23,070.00 | 0.00 | OA | 0.00 | FA |
| 13* — 1991 Great Dane box trailer<br>asserted lien of BB&T/LSCG, sold pre-petition by one (1) of Debtor's officers and daughter of Vice President, Troy Patterson and sister of current President and CEO, Brian Patterson, Renita Friesen f/k/a Turner, prior to being removed/ousted as Debtor's President by resolution of special called board of director meeting held on on May 6, 2013 (with Ms. Friesen/Turner retaining her 33.3% shareholder stake with no corporate position). (See Footnote) | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 14* — 1999 Strick National 2 trailer (See Footnote) | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 15* — 1999 Strick National 2 trailer (2nd leased 1999 Strick National) (See Footnote) | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 16* — 2000 Strick Tailer (See Footnote) | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 17* — 2007 Ford F250<br>Operated by Vice President, Troy Patterson, and wrecked and totaled three (3) years pre-petition. (See Footnote) | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 18* — refrigeration truck<br>asserted lien of BB&T/LSCG, sold pre-petition by one (1) of Debtor's officers and daughter of Vice President, Troy Patterson and sister of current President and CEO, Brian Patterson, Renita Friesen f/k/a Turner, prior to being removed/ousted as Debtor's President by resolution of special called board of director meeting held on on May 6, 2013 (with Ms. Friesen/Turner retaining her 33.3% shareholder stake with no corporate position). (See Footnote) | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 19* — Label Printer NPI - $13,000 fax/scanner all in o (See Footnote) | 13,500.00 | 0.00 | OA | 0.00 | FA |
| 20* — 4 - MAC computers 1 - Mac computer with $4000 wo (See Footnote) | 9,000.00 | 0.00 | OA | 0.00 | FA |

Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | G13-21297-JRS | Trustee Name: | (300570) Betty A. Nappier |
|---|---|---|---|
| Case Name: | Nature's Purest Spring Water, Inc., | Date Filed (f) or Converted (c): | 05/08/2015 (c) |
| | | § 341(a) Meeting Date: | 06/08/2015 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 10/22/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21* | 6 wooden office desks 6 office desk chairs 4 lat (See Footnote) | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 22* | bottling plant equipment - estimated insurance r (See Footnote) | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 23* | 2007 Kubota Lawn Mower (See Footnote) | 10,500.00 | 0.00 | OA | 0.00 | FA |
| **23** | **Assets Totals** (Excluding unknown values) | **$6,594,644.46** | **$70,000.00** | | **$55,000.00** | **$0.00** |

| | |
|---|---|
| RE PROP# 2 | 05/26/2016 tract is actually 12.2 acres recovered pre-conversion titled in related case Trilogy name, [DN 211 of related case, Trilogy 13-21299] Order GRANTING Chapter 7 Trustee's Motion to Compromise and Settle Claims and Application to Sell Real Property, pre-conversion adversaries 13-2206 and 13-2207, funds tendered and reduction of Proofs of Claims by the amounts of the disputed loans, charges and interest associated with that particular loan and this particular 12.2 acre real estate tract. The real estate is scheduled as an asset in Nature's 13-21297; however, recovered pre-conversion Title is actually in the name of Trilogy.<br><br>lien and debt dispute of real property, recovered post-petition and pre-conversion in the name of Trilogy Enterprises, Inc. (Trilogy), reflected in adversary numbers 13-02206 and 13-02207 as a 12.2 acre tract depicted by a plat of survey prepared by Robert A. Johnston, GRLS #2349, dated June 30, 2009, and recorded at Plat Hanger E 197, Page 3, Fannin County, Georgia Records. The real estate is scheduled as an asset in Nature's 13-21297; however, recovered pre-conversion, Title is actually in the name of Trilogy (funds from sale/settlement of lien dispute is in estate of Trilogy 13-21299).<br><br>The real estate is scheduled as an asset in Nature's 13-21297 titled in name of Renita Friesen a/k/a Renita S. Turner at filing; however, recovered pre-conversion, Title is actually in the name of Trilogy (funds from sale/settlement of lien dispute is in estate of Trilogy 13-21299 - asset #4). |
| RE PROP# 3 | scheduled as all accounts being in the name of Debtor's affiliate, Nature's Purest Spring Water, Inc., 13-21297, subject to lien of LSCG/BB&T pre-petition and conversion. |
| RE PROP# 4 | lien asserted by BB&T/LSCG-UCC attached to MFR in related case, Trilogy 13-21297 EXH C OF MFR [DN 199-3]<br>lien asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3] |
| RE PROP# 5 | lien asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3] |
| RE PROP# 6 | subject to pre-petition lien of LSCG/BB&T and at conversion |
| RE PROP# 9 | lien asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3]<br>scheduled secured debt/lien and recorded lien on Title |
| RE PROP# 10 | lien asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3]<br>lien/dispute resolved w/LSCG Fund 31, LLCS, assignee of BB&T |
| RE PROP# 11 | scheduled debt/lien of $61,229.41, perfection of lien dispute, value at conversion<br>value at conversion, disputed lien asserted by BB&T/LSCG |
| RE PROP# 12 | asserted lien of BB&T/LSCG |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| | |
|---|---|
| **Case No.:** G13-21297-JRS | **Trustee Name:** (300570) Betty A. Nappier |
| **Case Name:** Nature's Purest Spring Water, Inc., | **Date Filed (f) or Converted (c):** 05/08/2015 (c) |
| | **§ 341(a) Meeting Date:** 06/08/2015 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 10/22/2015 |

| | |
|---|---|
| RE PROP# 13 | asserted lien of BB&T/LSCG |
| RE PROP# 14 | lease, breach pre-conversion |
| RE PROP# 15 | lease rights asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3] lease, breach pre-conversion |
| RE PROP# 16 | lease rights asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3] lease, breach pre-conversion |
| RE PROP# 17 | lease rights asserted by BB&T/LSCG-UCC, EXH C OF MFR [DN 199-3] lien asserted by BB&T/LSCG |
| RE PROP# 18 | lien asserted by BB&T/LSCG |
| RE PROP# 19 | lien asserted by BB&T/LSCG |
| RE PROP# 20 | lien asserted by BB&T/LSCG-UCC attached to MFR in related case, Trilogy 13-21299 EXH D OF MFR [DN 201-4]  - loan proceeds purportedly borrowed for Debtor's business operations<br>lien asserted by BB&T/LSCG |
| RE PROP# 21 | lien asserted by BB&T/LSCG-UCC attached to MFR in related case, Trilogy 13-21299 EXH D OF MFR [DN 201-4]  - loan proceeds purportedly borrowed for Debtor's business operations<br>lien asserted by BB&T/LSCG |
| RE PROP# 22 | lien asserted by BB&T/LSCG-UCC attached to MFR in related case, Trilogy 13-21299 EXH D OF MFR [DN 201-4]  - loan proceeds purportedly borrowed for Debtor's business operations<br>lien asserted by BB&T/LSCG |
| RE PROP# 23 | lien asserted by BB&T/LSCG-UCC attached to MFR in related case, Trilogy 13-21299 EXH D OF MFR [DN 201-4]  - loan proceeds purportedly borrowed for Debtor's business operations<br>lien asserted by BB&T/LSCG-UCC, EXH D OF MFR IN RELATED CASE OF TRILOGY 13-21299 [DN 201-4] - loan proceeds purportedly borrowed for Debtor's business operations |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| | |
|---|---|
| **Case No.:** G13-21297-JRS | **Trustee Name:** (300570) Betty A. Nappier |
| **Case Name:** Nature's Purest Spring Water, Inc., | **Date Filed (f) or Converted (c):** 05/08/2015 (c) |
| | **§ 341(a) Meeting Date:** 06/08/2015 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 10/22/2015 |

**Major Activities Affecting Case Closing:**

10/17/2019  DN  264 Trustee's Objection to the Allowance of the Proof of Claim filed by or Behalf of The United States Of America, The Department Of Treasury - Internal Revenue Service, designated As Claim Number 1 - (Motion to Disallow Claim) of Creditor The United States of America, Department of the Treasury - Internal Revenue Service, filed in the amount of $14,199.15, Claim No. 1 (1-1) and as amended (1-2),  - (served via certified return receipt requested mail and/or regular postal mail) -  with Certificate of Service. Responses due in 30 days, plus an additional three days, if served by mail or otherwise allowed under FRBP 9006(f). Hearing to be held on 12/5/2019 at 1:30 p.m.  in Courtroom 103, Gainesville, Georgia.

10/02/2019 Tax appeal denied for related case (Trilogy Enterprises 13-21299), investigating the possibility of filing an adversary to achieve same result through a different legal and factual basis.  Accountant to send fact information to support the adversary for the related Trilogy Enterprises 13-21299 case, may be able to object to Proof of Claim of IRS in Nature's Purest 13-21297 case and proceed with its TFR upon favorable resolution of the claim Objection (since the penalties had been abated for the instant case, the related interest since no tax liability therefore may be subject to omission/deletion in addition to the abated penalties from its Proof of Claim).

03/27/2019 Estate's employed accountant's appeal of the disparaging treatment of the pre-conversion Chapter 11 tax returns and the instant case delaying submission of the TFRs in both the instant case and the related case, Trilogy Enterprises 13-21299.

01/30/2019 Response to our follow to IRS and its response apprising of its need for additional time to review the evidence submitted by the estate's accountant and to finalize its acceptance/rejection of the pre-conversion Ch. 11 tax return propose dispute (allowed in the instant case) of charging penalties and interest only in an amount that significantly depletes the net administration balance delaying the TFR submission of both the instant case and its related case Trilogy Enterprises 13-21279.

06/29/2018  ongoing pending tax discrepancy dispute with IRS and Estate's accountant; final tax returns to be prepared and filed once tax dispute resolved.

01/02/2018  Georgia Department of Revenue tax notices are for pre-petition tax years, Proof of Claims or amended claims will need to be filed.

06/02/2017 original buyer of remaining personalty of the Estate [Order DN 231] was unable to consummate, seeking disinterested assignees able to consummate the sale pursuant to the terms of the Court's Order.

01/19/2017 DN   238 ORDER ON TRUSTEES APPLICATION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS.

01/18/2017 DN  237 Order GRANTING Chapter 7 Trustee's Motion to Compromise and Settle Claims and Application to Sell Real Property.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case No.:** G13-21297-JRS  
**Case Name:** Nature's Purest Spring Water, Inc.,  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300570) Betty A. Nappier  
**Date Filed (f) or Converted (c):** 05/08/2015 (c)  
**§ 341(a) Meeting Date:** 06/08/2015  
**Claims Bar Date:** 10/22/2015

**Initial Projected Date Of Final Report (TFR):** 01/27/2017  
**Current Projected Date Of Final Report (TFR):** 12/20/2019

11/18/2019  
Date

/s/Betty A. Nappier  
Betty A. Nappier

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | G13-21297-JRS | Trustee Name: | Betty A. Nappier (300570) |
|---|---|---|---|
| Case Name: | Nature's Purest Spring Water, Inc., | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1114 | Account #: | ******4800 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/07/17 | {1} | Dickenson Gilroy, LLC | 2/3/2017 - payment pursuant to Order on Motion to Compromise and Settle Claims and Application to Sell Real Property entered on 1/18/2017, docket number 237. | 1110-000 | 15,000.00 | | 15,000.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.38 | 14,985.62 |
| 03/09/17 | {11} | Carroll Solutions LLC | 3/6/2017 Cashier's check - payment pursuant to Order on Trustee's Application to Sell Personal Property of the Estates Free and Clear of Liens, Claims, Encumbrances and other Interests entered on 1/19/2017, docket number 238. | 1129-000 | 4,000.00 | | 18,985.62 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.29 | 18,959.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.45 | 18,933.88 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.95 | 18,903.93 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.18 | 18,876.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.24 | 18,850.51 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.82 | 18,820.69 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.16 | 18,794.53 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.83 | 18,765.70 |
| 11/13/17 | {10} | T. Davis Sales LLC, as the disinterested assignee of Nathan Wooten | Payment pursuant to Order on Trustee's Application to Sell Personal Property of the Estates Free and Clear of Liens, Claims, Encumbrances and other Interests entered on 1/19/2017, docket number 238. | 1129-000 | 36,000.00 | | 54,765.70 |
| 11/27/17 | 101 | LSCG FUND 31, LLC AS ASSIGNEE OF BRANCH BANKING & TRUST COMPANY | 1/18/17 DN 238, Order on Trustee's Application for authority to sell personal property of the Estates free and clear of liens, claims, encumbrances and other interests (payment to release disputed lien and delivery of Titles) Stopped on 04/03/2018 | 4210-005 | | 1,500.00 | 53,265.70 |
| 11/27/17 | 102 | Donna Witherow | 1/18/17 DN 239 ORD AUTH PYMT OF EXP RELATING TO DN 238, Order on Trustee's Application for authority to sell personal property of the Estates free and clear of liens, claims, encumbrances and other interests (payment for services rendered that assisted in maximizing the personalty's recovery value) | 2990-000 | | 1,500.00 | 51,765.70 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.60 | 51,711.10 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.27 | 51,636.83 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.07 | 51,552.76 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.22 | 51,481.54 |

Page Subtotals:  $55,000.00   $3,518.46

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | G13-21297-JRS | Trustee Name: | Betty A. Nappier (300570) |
|---|---|---|---|
| Case Name: | Nature's Purest Spring Water, Inc., | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1114 | Account #: | ******4800 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.20 | 51,405.34 |
| 04/03/18 | 101 | LSCG FUND 31, LLC AS ASSIGNEE OF BRANCH BANKING & TRUST COMPANY | 1/18/17 DN 238, Order on Trustee's Application for authority to sell personal property of the Estates free and clear of liens, claims, encumbrances and other interests (payment to release disputed lien and delivery of Titles) Stopped: check issued on 11/27/2017 | 4210-005 | | -1,500.00 | 52,905.34 |
| 04/03/18 | 103 | LSCG FUND 31, LLC AS ASSIGNEE OF BRANCH BANKING & TRUST COMPANY | 1/18/17 DN 238, Order on Trustee's Application for authority to sell personal property of the Estates free and clear of liens, claims, encumbrances and other interests (payment to release disputed lien and delivery of Titles) | 4210-000 | | 1,500.00 | 51,405.34 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.33 | 51,333.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.22 | 51,251.79 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.25 | 51,180.54 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.52 | 51,102.02 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.95 | 51,026.07 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.14 | 50,986.93 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.09 | 50,940.84 |

| | | | COLUMN TOTALS | | 55,000.00 | 4,059.16 | $50,940.84 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 55,000.00 | 4,059.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,000.00** | **$4,059.16** | |

{ } Asset Reference(s)  ! - transaction has not been cleared

Case 13-21297-jrs    Doc 267    Filed 11/18/19    Entered 11/18/19 16:34:51    Desc
Page 9 of 9

**Form 2**

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case No.:** | G13-21297-JRS |
| **Case Name:** | Nature's Purest Spring Water, Inc., |
| **Taxpayer ID #:** | **-***1114 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4800 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $55,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $55,000.00 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******4800 Checking | $55,000.00 | $4,059.16 | $50,940.84 |
| | $55,000.00 | $4,059.16 | $50,940.84 |

| | |
|---|---|
| **11/18/2019** | **/s/Betty A. Nappier** |
| **Date** | **Betty A. Nappier** |